# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.  5:19cr33-TKW

ROMARIO MARK ANTHONY MURRAY

## NOTICE OF HEARING

**TAKE NOTICE** that a hearing in this case has been set before Judge. T. Kent Wetherell, II, as described below:

**Place:**  U.S. District Court
One North Palafox St.
Pensacola, Florida 32502

**Room No:**  Courtroom 4 North

**Date:**  July 21, 2022

**Time:**  9:00 AM

**Proceeding:**  Sentencing

**NOTE**:  If anyone participating in this hearing has a disability that requires special accommodation, please contact the Clerk's office as soon as possible so arrangements can be made.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

5/13/2022
DATE:

s/ *Paula Cawby*
Deputy Clerk:

Copies to:
Counsel of Record
U.S. Marshal Service
U.S. Probation Office
Court Security